# United States District Court
## For The District of Columbia

**UNITED STATES OF AMERICA**

v.

**DAVID MAISENHELDER**

## CRIMINAL COMPLAINT

**FILED**

FEB 0 8 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

CASE NUMBER: **07- 33 M**

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about _____**February 5, 2007**_____ in ____**WASHINGTON**____ county, in the _____ District of ____ **COLUMBIA**____ defendant(s) did, (Track Statutory Language of Offense)

**knowingly transported in interstate commerce to the District of Columbia by any means including computer images depicting persons under the age of 18 engaging in sexually explicit conduct including sexual intercourse and lascivious exhibition on the genitalia of any person.**

in violation of Title ____**18**____ United States Code, Section(s) ____**2252(a)(1)**____.

I further state that I am ____**DETECTIVE**____, and that this complaint is based on the following facts:

### SEE ATTACHED STATEMENT OF FACTS

Continued on the attached sheet and made a part hereof:    ☒ Yes   ☐ No

Signature of Complainant
**DETECTIVE**
**METROPOLITAN POLICE DEPARTMENT**

Sworn to before me and subscribed in my presence,

FEB 0 8 2007
Date

at

Washington, D.C.
City and State

Alan Kay
Name & Title of Judicial Officer

Signature of Judicial Officer

AFFIDAVIT IN SUPPORT OF AN ARREST WARRANT

1.  Your affiant Detective James Wilson has been employed with the District of Columbia Metropolitan Police Department ("MPD") for nine years.   In the course of his nine year tenure with the Metropolitan Police Department your affiant has served as a uniform patrol officer and as a District Narcotics Investigator. Your affiant is currently assigned to the Youth Investigations Branch. My duties and responsibilities are to investigate sexual abuse and physical abuse crimes against infants, children and adolescents that reside within the confines of the District of Columbia.

2.  During my nine year (9) tenure as a law enforcement officer, your affiant has received instruction in both general and specific investigative techniques.  Your affiant has also attended numerous seminars sponsored by MPD Sex, Family Violence, and Child Protection Unit, the Department of Justice (DOJ), and the Children's Advocacy Center for Crimes against Children Conference.  To name a few courses, your affiant has completed annually for the past several years 40 hour classes on techniques used in sex crimes investigations; completed training on nurse examination for sexual assault, and other related training related to investigating sex offenses against children.

3.  Over the years your affiant has applied for, received, and executed numerous arrest warrants, which have resulted in the conviction of persons for violations of the United States and the District of Columbia Criminal Codes.

4. As part of my duties I have become familiar with the investigation of DAVID MAISENHELDER. The facts set forth in this affidavit are based on information known to me personally and communicated to me by other investigators who participated in the investigation.

5.  On November 1, 2006, Timothy Palchak, a detective with the Metropolitan Police Department, was online on the Internet at a location in the District of Columbia. Palchak was acting in an undercover capacity as part of a multi-jurisdictional Internet Crimes Against Children (ICAC) Task Force. In an undercover capacity Palchak entered an "Incest Taboo" website, posing as a 35 year old male named "James".

6.   Palchak was contacted in the "Incest Taboo" website chatroom by an individual using the screen name "Pastor" with the e-mail address                                 During   the   online conversation, in which they communicated by instant messaging, "Pastor" stated that he was "active", that is that he engaged in sex with children; that he had access to children ages five to 15 years old, that he watches children on weekends and referred to

himself as a "trusted person". When Palchak inquired how "Pastor" prevented the children from disclosing the sexual activity, "Pastor" replied that he "has his ways" and inserted the image of a smiley face.

7. Palchak, using the screen name "James" told "Pastor" that he had access to a 10 year old girl who was the daughter of "James'" girlfriend, a prostitute, and that he engaged in sex acts with the child. "Pastor" expressed interest in meeting "James" and the 10 year old and described sex acts he wanted to perform with the child. He also told Palchak that he would bring "a party prize", and asked Palchak what age child he preferred. When Palchak said he wanted a child five to seven years old, "Pastor" agreed to bring a child in that age range to Palchak.

8. On November 21, 2006, Palchak was in the District of Columbia, and using the screen name "James" entered the "Incest Taboo" website. The individual with the email address                  .com using the screen name "You me" and Palchak engaged in an on-line chat for approximately one half hour. During the conversation, "You me" stated that he had sex with a nine year old girl the same day. He forwarded to Palchak a photograph of a young girl whom he stated was the nine year old child with whom he engaged in sex.

9. On February 6, 2007 Palchak was in the District of Columbia, and using the screen name "James". Palchak observed that "You me" who was on his "buddy list" was on-line. Palchak contacted "You me", with the display e-mail address of                          . They engaged in conversation on the Internet for approximately one hour. During the conversation, "You me" forwarded via the Internet an image of an adult woman holding a small child who appeared to be approximately three years old. "You me" stated that he had engaged in sexual intercourse with the child while babysitting her.

10. During the on-line conversation, "You me" sent to Palchak via the Internet seven still images and three videos in which prepubescent females and infants were depicted engaging in sex acts and posing in a suggestive manner so as to expose their genitalia. At one point in the conversation, "You me" asked Palchak whether he wanted a picture to masturbate to and forwarded to Palchak several images that depicted infants and a young girl approximately five years old with penises in their mouths. "You me" asked that Palchak send to him in return videos that Palchak stated that he had made of a ten year old girl engaging in sex acts.

11. Account information obtained from the Internet service provider Cox Communications indicates that the customer using the e-mail address                       com is DAVID MAISENHELDER with a mailing address of                          Virginia 23325-

telephone number                    Further investigation has determined that MAISENHELDER is on active duty with the United States Navy, that he is unmarried and has no dependents. Military records list his current address as
Virginia. MAISENHELDER further informed military personnel that he lived alone. That address for MAISENHELDER is further confirmed by current Virginia Department of Motor Vehicle records and by telephone company records which list the telephone number
as being assigned to DAVID MAISENHELDER                    Road,
Virginia.

12.  A review of Federal Bureau of Investigation (FBI) records indicates that DAVID MAISENHELDER was identified as a member of an online group of individuals who participated in a Yahoo! group known as ·                    groups.com. The FBI determined that the online group was created specifically for the purpose of facilitating sexual contact between adults and children and those persons who participated in the group indicated either that they were sexually active with children or that they were seeking children for the purpose of engaging in sex. The group was identified in May 2003, and shut down in August 2004. During its existence its name was changed several times by the moderator. DAVID MAISENHELDER, using the screen name                    participated in the groups named
and

13.  On February 8, 2007, detectives from MPD and Agents from NCIS went to Chesapeake, Virginia to execute a search warrant at MAISENHELDER's home at                    Before executing the warrant, Detective Palchak spoke to the defendant after advising him of his <u>Miranda</u> rights.  After waiving his rights, defendant admitted that he was the one chatting with Detective Palchak on February 6, 2007.  He also stated that they would find at least 100 images of children engaging in sexually explicit conduct.

DEFINITIONS/TERMS

14. Internet Protocol address or IP address refers to a unique number used by a computer to access the Internet.  IP addresses can be dynamic, meaning that the Internet Service Provider (ISP) assigns a different unique number to a computer every time it accesses the Internet.  IP addresses might also be static, if an ISP assigns a user's computer a particular IP address which is used each time the computer accesses the Internet.

15.  Yahoo is a commercial computer service, also known as a commercial bulletin board, offering subscribers the ability to communicate online with other individuals through chat rooms, e-mail and/or instant messaging.

A.    A chat room is an electronic meeting room provided by AOL, Yahoo and other similar services, which allows Internet users to have group conversations.  For example, within the Yahoo network there are two categories of chat rooms, they are Yahoo created chat rooms and Yahoo member-created chat rooms.  Within these two categories exist various general topic areas and within these topic areas exist the various chat rooms.

B.    E-mail is a popular form of transmitting messages and/or files in an electronic environment between computer users. When an individual computer user sends e-mail, it is initiated at the user's computer, transmitted to the recipient's mail server and then transmitted to its final destination.  A server is a computer that is attached to a dedicated network and serves many users.  An e-mail server allows users to post and read messages and to communicate via electronic means, as well as attaching and sending various types of files including graphic files.

C.    "Instant messaging" (IM) is real-time typewritten conversation between individuals, much like an oral conversation, and is used to conduct one-on-one conversations.

16.  To communicate using Yahoo, each subscriber must have access to a computer which communicates through a modem connected to telephone or cable lines with the central computer system located in California.  Each subscriber can communicate with other Yahoo users via e-mail or in real time through chat rooms, private chat rooms, or instant messages when the other subscriber is also online.  Within the system, text messages and graphic images (such as photographs) can be sent to a subscriber, or to any person with an Internet e-mail address.  Both text and graphics files can be saved to the computer's hard drive or other electronic media for access and printing at any time.

17.  Another feature offered to AOL subscribers is a "buddy list."  Through this feature a Yahoo subscriber can maintain a list of individual Yahoo screen names that they may wish to have contact with.  This feature allows an individual to determine when their "buddies" are online.

18. Every computer connected to the Internet must have a unique address known as an IP (Internet Protocol) address.  The IP address is a numeric address written as a set of four numbers separated by dots, for example 130.102.42.17.  The address provides a unique identification of a computer and the

network it belongs to.

19. I, James Wilson, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or about February 6, 2007, the defendant knowingly transported in interstate commerce to the District of Columbia by any means including computer images depicting persons under the age of 18 engaging in sexually explicit conduct including sexual intercourse and lascivious exhibition on the genitalia of any person in violation of Title 18, United States Code Section 2252(a)(1).


DETECTIVE JAMES WILSON
METROPOLITAN POLICE DEPARTMENT


SUBSCRIBED AND SWORN BEFORE ME THIS     DAY OF FEBRUARY, 2007
IN THE U.S. DISTRICT COURT FOR THE DISTRICT OF COLULMBIA


UNITED STATES MAGISTRATE JUDGE