UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on May 11, 2006

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. |
| v. | : | MAGISTRATE NO. 07-0033M-01 (CR) |
| **DAVID MAISENHELDER,** | : | VIOLATION: 18 U.S.C. §2252(a)(1) |
| **Defendant.** | : | (Transportation of Visual Depictions of |
| | : | Minors Engaging in Sexually Explicit |
| | : | Conduct) |

## I N D I C T M E N T

The Grand Jury charges that:

### COUNT ONE

On or about February 6, 2007, the defendant, **DAVID MAISENHELDER**, did unlawfully and knowingly transport in interstate commerce, by any means, including by computer, to the District of Columbia, visual depictions, the production of which involved the use of minors under the age of 18 engaging in sexually explicit conduct and the visual depictions are of such conduct.

(**Transportation of Visual Depictions of Minors Engaging in Sexually Explicit Conduct**, in violation of Title 18, United States Code, Sections 2252(a)(1))

A TRUE BILL:

FOREPERSON.

Attorney of the United States in
and for the District of Columbia