AO442(Rev. 12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA
V.

DAVID MAISENHELDER

FILED

FEB 1 6 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

CR: 07-036

**WARRANT FOR ARREST**

CASE NUMBER: **07-33M .**

To:     The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest     __DAVID MAISENHELDER__
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment     ☐ Information     ☐ Complaint     ☐ Order of Court     ☐ Violation Notice     ☒ Probation Violation Petition

charging him or her with (brief description of offense)

knowingly transported in interstate commerce to the District of Columbia by any means including computer images depicting persons under the age of 18 engaging in sexually explicit conduct including sexual intercourse and lascivious exhibition on the genitalia of any person.

in violation of Title  18  United States Code, Section(s)  2252(a)(1) .

Alan Kay
U.S. Magistrate Judge

Name of Issuing Officer     U.S. Magistrate Judge

Title of Issuing Officer

Signature of Issuing Officer          FEB 08 2007          WASHINGTON, D.C

Date and Location

Bail fixed at $_____     by _____
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at | | |
| DATE RECEIVED 2-8-07 | NAME AND TITLE OF ARRESTING REPORTING OFFICER DAVID BALDWIN SDUSM | SIGNATURE OF ARRESTING OFFICER David Baldwin |
| DATE OF ARREST 2-16-07 | | |