# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA
### OFFICE OF THE CLERK
Walter E. Hoffman U.S. Courthouse
600 Granby Street, Room 110
Norfolk, Virginia 23510

**FERNANDO GALINDO**
ACTING CLERK

Telephone
(757) 222-7222
CRIMINAL

February 14, 2007

Clerk's Office of the
United States District Court
District of Columbia
333 Constitution Avenue, NW
Washington, DC 20001

SEALED

CR 07-036-CKK

RE: U.S.A. v. David Maisenhelder
Your Case No. 07-33-M
Our Case No. 2:07mj117

FILED
FEB 1 6 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Dear Sir:

Enclosed herein please find certified copies of the following documents:

(X) Copy of executed Warrant of Arrest
( ) Copy of Complaint and Affidavit In Support of Application For Arrest Warrant
( ) Copy of Indictment
(X) Courtroom Minutes on 2/7/07
( ) Financial Affidavit
( ) Order Appointing Federal Public Defender
( ) Appearance Bond
(X) Waiver of Rule 5 & 5.1 Hearings
( ) Order of Temporary Detention
( ) Order of Detention
(X) Docket Sheet
( ) Other (specify) - Order Setting Conditions of Release

Please acknowledge receipt of the above documents on the enclosed copy of this transmittal letter and return same to this office.

Sincerely,

FERNANDO GALINDO, ACTING CLERK

By: _____
Deputy Clerk

Enclosures

cc: U. S. Attorney's Office, Norfolk, Virginia
U. S. Attorney's Office, District of Columbia

# UNITED STATES DISTRICT COURT

EASTERN District of VIRGINIA

FILED
FEB - 9 2007
CLERK, US DISTRICT COURT
NORFOLK, VA

UNITED STATES OF AMERICA
V.
David Maisenhelder

**COMMITMENT TO ANOTHER DISTRICT**

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| | | 2:07 mj 117 | |

CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN
☐ Indictment   ☐ Information   ☒ Complaint   ☐ Other (specify)

charging a violation of  18  U.S.C. § 2252(a)(1)

**DISTRICT OF OFFENSE**

FILED IN OPEN COURT
FEB - 9 2007
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

**DESCRIPTION OF CHARGES:**

**CURRENT BOND STATUS:**
☐ Bail fixed at _____ and conditions were not met
☐ Government moved for detention and defendant detained after hearing in District of Arrest
  Government moved for detention and defendant detained pending detention hearing in District of Offense
☐ Other (specify)

**Representation:** ☐ Retained Own Counsel   **Federal Public Defender**   ☐ CJA Attorney   ☐ None

**Interpreter Required?**   ☒ No   ☐ Yes   Language:

DISTRICT OF VIRGINIA (EASTERN/Norfolk Division)

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

February 9th, 2007
Date

JAMES E. BRADBERRY, UNITED STATES MAGISTRATE JUDGE

**RETURN**

A TRUE COPY, TESTE:
CLERK, U.S. DISTRICT COURT
BY _____ DEPUTY CLERK

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |

## NORFOLK DIVISION

### Minutes of Proceedings in Open Court

Set: 2:30 p.m.  
Started: 2:43 p.m.  
Ended: 2:48 p.m.

Date: February 9, 2007  
Judge: James E. Bradberry, USMJ  
Courtroom Deputy: _Jen H_  
Recorded by: FTR  
U. S. Attorney: Kevin Comstock  
Defense Counsel: _____  
Retained - Court-appointed - AFPD

Case Number: 2:07mj117  
Defendant: **DAVID MAISENHELDER**

(X)   Deft. present **in custody** / not in custody  
(X)   **Initial Appearance** - Preliminary / Detention Hearing - Early / Appointment of Counsel  
( )   Interpreter present & sworn - Interpreter: _____  
( )   Deft. advised of rights, charges & right to counsel  
( )   Counsel desired / to be retained  
( )   Defendant's motion to substitute counsel  
( )   Order to substitute counsel exec., ent. & filed in open Court  
( )   Financial Affidavit filed in open Court  
( )   Court DIRECTED / DENIED appointment of counsel  
( )   Court directed deft. to reimburse govt. at rate of _____

(✓)   Deft. waives Removal / ~~Preliminary~~ hearing   (In this District only) (Rule 5; rule 32)  
(✓)   Deft. executed Waiver of Removal Hearing  
( )   Preliminary Hearing set for _____ at _____ for  
( )   Preliminary Hearing held / waived  
( )   Court finds probable cause - Deft. held for GRAND JURY or for removal to other District  
( )   Court ordered deft. removed to other District  
( )   Govt. motion for Detention - GRANTED / DENIED  
( )   Govt. motion to withdraw motion for detention and set bond - GRANTED / DENIED  
( )   Detention Hearing scheduled for _____ at _____ before _____, USMJ  
( )   Detention Hearing held / waived  
( )   TEMPORARY DETENTION / DETENTION ORDERED (Court to prepare Order)  
( )   Bond set at $_____  
( )   SPECIAL CONDITIONS OF RELEASE:   (See Page 2)  
( )   BOND ORDER Setting Conditions of release exec., ent., & filed in open Court  
(X)   Deft. remanded to custody of U. S. Marshal  
( )   Warrant returned executed & filed in open Court  
( )   Defendant is directed to next appear on _____ at 9:00 a.m. for Arraignment  
( )   Defendant is directed to next appear on _____ at _____ for _____  
( )   Order of Temporary Detention executed, entered and filed in open Court  
( )   _____  
( )   _____

Commitment to Another District executed.

**STANDARD CONDITIONS OF RELEASE**

- Deft's. travel is restricted to the State of Virginia
- Deft is directed to refrain from excessive use of alcohol
- Deft. is directed to refrain from any use or unlawful possession of a narcotic drug and other controlled substances defined in 21 U.S.C. 802 unless prescribed by a licensed medical practitioner
- Deft. is directed to surrender any passport to the Pretrial Services Office
- Deft. is prohibited from obtaining any passport

## SPECIAL CONDITIONS OF RELEASE

( )  Travel is restricted to _____

( )  Deft. is directed to maintain residence

( )  Deft. is directed to seek and maintain verifiable employment as directed by Pretrial Services

( )  Deft. is directed to report on a regular basis to the Probation Office as follows:
_____

( )  Deft. is directed to report to the Office of Pretrial Services as directed

( )  Deft. is directed to undergo substance abuse testing and treatment as directed by Pretrial Services, at the expense of the defendant

( )  Deft. is directed to submit to electronically monitored home detention with time outs as directed by Pretrial Services, at the expense of the deft.

( )  Deft. is directed to refrain from possession a firearm, destructive device, or other dangerous weapon

( )  Deft. is directed to avoid all contact with alleged victims and/or potential witnesses or co-conspirators

( )  Deft. is prohibited from committing any offense in violation of federal, state or local law

( )  Deft. is directed to cooperate with their Court-appointed counsel in the preparation of their defense

( )  Deft. is directed to provide any requested financial information as directed by the Pretrial Service Office

( )  Deft. is prohibited from opening any new lines of credit without permission of Pretrial Services

( )  Court directs Bond to be executed by deft. and _____

( )  Court directs that deft. be released to the custody of _____

( )  Defendant is directed to provide all financial information requested to Pretrial Services Office

( )  Defendant is prohibited from opening any new lines of credit unless approved by Pretrial Services

( )  _____

AO 466A (Rev. 10/03) Waiver of Rule 5 & 5.1 Hearings

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF _____

FILED IN OPEN COURT
FEB - 9 2007
____ COURT
NORFOLK, VA

UNITED STATES OF AMERICA

V.

Dawn Maisenhelder

Defendant

**WAIVER OF RULE 5 & 5.1 HEARINGS**
(Complaint/Indictment)

CASE NUMBER: 2:07mj117

CHARGING DISTRICTS
CASE NUMBER: 07-33M

I understand that charges are pending in the _____ District of _____ alleging violation of _____ and that I have been arrested in this district and
(Title and Section)

taken before a judge, who has informed me of the charge(s) and my rights to:

(1)    retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2)    an identity hearing to determine whether I am the person named in the charges;

(3)    a preliminary hearing (unless an indictment has been returned or information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held in this district or the district of prosecution; and

(4)    Request transfer of the proceedings to this district under Rule 20, Fed. R. Crim. P., in order to plead guilty.

**I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):**

( ) identity hearing

( ) preliminary hearing

(X) identity hearing but request a preliminary hearing be held in the prosecuting district and, therefore, consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

_____
Defendant

February 9th, 2007
Date

_____
U S Magistrate Judge

_____
Defense Counsel

A TRUE COPY, TESTE:
CLERK, U.S. DISTRICT COURT
BY _____ DEPUTY CLERK

AO442(Rev. 12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

FILED
FEB - 9 2007
CLERK, US DISTRICT COURT
NORFOLK, VA

UNITED STATES OF AMERICA
v.

DAVID MAISENHELDER
DOB: 7/22/69

**WARRANT FOR ARREST**

CASE NUMBER: 07-033M-

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___DAVID MAISENHELDER___
                                              Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment   ☐ Information   ☐ Complaint   ☐ Order of Court   ☐ Violation Notice   ☒ Probation Violation Petition

charging him or her with (brief description of offense)

knowingly transported in interstate commerce to the District of Columbia by any means including computer images depicting persons under the age of 18 engaging in sexually explicit conduct including sexual intercourse and lascivious exhibition on the genitalia of any person.

in violation of Title _18_ United States Code, Section(s) _2252(a)(1)_ .

Name of Issuing Officer

Signature of Issuing Officer

Alan Kay
U.S. Magistrate Judge
Title of Issuing Officer

FEB 08 2007  WASHINGTON, DC
Date and Location

Bail fixed at $ _____ by _____
                                  Name of Judicial Officer

| RETURN |||
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |||
| DATE RECEIVED  08 FEB 07 | NAME AND TITLE OF ARRESTING OFFICER  Katherine C. Smith  Special Agent, NCIS | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST  08 FEB 07 | | |

## U.S. District Court
### Eastern District of Virginia (Norfolk)
### CRIMINAL DOCKET FOR CASE #: 2:07-mj-00117-JEB All Defendants
### Internal Use Only

Case title: USA v. Maisenhelder
Other court case number: 07-033M USDC - District of Columbia

Date Filed: 02/09/2007
Date Terminated: 02/07/2007

Assigned to: Magistrate Judge James E. Bradberry

**Defendant**

**David Maisenhelder** (1)
*TERMINATED: 02/07/2007*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| None | |

**Plaintiff**
USA

| Date Filed | # | Docket Text |
|---|---|---|
| 02/07/2007 | | (Court only) ***Terminated defendant David Maisenhelder, pending deadlines, and motions. (they, ) (Entered: 02/14/2007) |
| 02/07/2007 | | (Court only) ***Set Closed Flag as to David Maisenhelder (they, ) (Entered: 02/14/2007) |
| 02/09/2007 | | Arrest of David Maisenhelder (afor) (Entered: 02/09/2007) |

| | | |
|---|---|---|
| 02/09/2007 | 1 | Arrest Warrant Returned Executed on 2/9/07 as to David Maisenhelder. (afor) (Entered: 02/09/2007) |
| 02/09/2007 | | Minute Entry for proceedings held before Judge James E. Bradberry. Kevin Comstock, AUSA appeared on behalf of the government. Defendant present without counsel. Initial Appearance as to David Maisenhelder held on 2/9/2007. Deft. waives Removal Hearing. Defendant executed Waiver of Removal Hearing. Commitment to Another District entered and filed in open court. Defendant reamanded to custody. (Court Reporter FTR.) (they, ) (Entered: 02/13/2007) |
| 02/09/2007 | 2 | WAIVER of Rule 5 Hearings by David Maisenhelder (they, ) (Entered: 02/13/2007) |
| 02/09/2007 | 3 | COMMITMENT TO ANOTHER DISTRICT as to David Maisenhelder. Defendant committed to District of District of Columbia.. Signed by Judge James E. Bradberry on 2/9/07. Copies mailed. (they, ) (Entered: 02/13/2007) |
| 02/09/2007 | 4 | ARREST Warrant Returned Executed on 2/8/07 in case as to David Maisenhelder. (they, ) (Entered: 02/13/2007) |

# United States District Court
## For The District of Columbia

UNITED STATES OF AMERICA

v.

DAVID MAISENHELDER
DOB: 7/22/69
SSN 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

**CRIMINAL COMPLAINT**

CASE NUMBER: 07-33 M

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about ___February 5, 2007___ in ___WASHINGTON___ county, in the _____ District of ___COLUMBIA___ defendant(s) did, (Track Statutory Language of Offense)

knowingly transported in interstate commerce to the District of Columbia by any means including computer images depicting persons under the age of 18 engaging in sexually explicit conduct including sexual intercourse and lascivious exhibition on the genitalia of any person.

in violation of Title ___18___ United States Code, Section(s) ___2252(a)(1)___.

I further state that I am ___DETECTIVE___, and that this complaint is based on the following facts:

SEE ATTACHED STATEMENT OF FACTS

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

Signature of Complainant
DETECTIVE
METROPOLITAN POLICE DEPARTMENT

Sworn to before me and subscribed in my presence,

___FEB 06 2007___ at ___Washington, D.C.___
Date                                                        City and State

_____                                _____
Name & Title of Judicial Officer                           Signature of Judicial Officer

## AFFIDAVIT IN SUPPORT OF AN ARREST WARRANT

1. Your affiant Detective James Wilson has been employed with the District of Columbia Metropolitan Police Department ("MPD") for nine years. In the course of his nine year tenure with the Metropolitan Police Department your affiant has served as a uniform patrol officer and as a District Narcotics Investigator. Your affiant is currently assigned to the Youth Investigations Branch. My duties and responsibilities are to investigate sexual abuse and physical abuse crimes against infants, children and adolescents that reside within the confines of the District of Columbia.

2. During my nine year (9) tenure as a law enforcement officer, your affiant has received instruction in both general and specific investigative techniques. Your affiant has also attended numerous seminars sponsored by MPD Sex, Family Violence, and Child Protection Unit, the Department of Justice (DOJ), and the Children's Advocacy Center for Crimes against Children Conference. To name a few courses, your affiant has completed annually for the past several years 40 hour classes on techniques used in sex crimes investigations; completed training on nurse examination for sexual assault, and other related training related to investigating sex offenses against children.

3. Over the years your affiant has applied for, received, and executed numerous arrest warrants, which have resulted in the conviction of persons for violations of the United States and the District of Columbia Criminal Codes.

4. As part of my duties I have become familiar with the investigation of DAVID MAISENHELDER. The facts set forth in this affidavit are based on information known to me personally and communicated to me by other investigators who participated in the investigation.

5. On November 1, 2006, Timothy Palchak, a detective with the Metropolitan Police Department, was online on the Internet at a location in the District of Columbia. Palchak was acting in an undercover capacity as part of a multi-jurisdictional Internet Crimes Against Children (ICAC) Task Force. In an undercover capacity Palchak entered an "Incest Taboo" website, posing as a 35 year old male named "James".

6. Palchak was contacted in the "Incest Taboo" website chatroom by an individual using the screen name "Pastor" with the e-mail address hngcock2000@yahooo.com. During the online conversation, in which they communicated by instant messaging, "Pastor" stated that he was "active", that is that he engaged in sex with children; that he had access to children ages five to 15 years old, that he watches children on weekends and referred to

FEB-08-2007 06:19       US ATTORNEYS                                P.008

himself as a "trusted person". When Palchak inquired how "Pastor" prevented the children from disclosing the sexual activity, "Pastor" replied that he "has his ways" and inserted the image of a smiley face.

7. Palchak, using the screen name "James" told "Pastor" that he had access to a 10 year old girl who was the daughter of "James'" girlfriend, a prostitute, and that he engaged in sex acts with the child. "Pastor" expressed interest in meeting "James" and the 10 year old and described sex acts he wanted to perform with the child. He also told Palchak that he would bring "a party prize", and asked Palchak what age child he preferred. When Palchak said he wanted a child five to seven years old "Pastor" agreed to bring a child in that age range to Palchak.

8. On November 21, 2006, Palchak was in the District of Columbia, and using the screen name "James" entered the "Incest Taboo" website. The individual with the email address hngcock2000@Yahoo.com using the screen name "You me" and Palchak engaged in an on-line chat for approximately one half hour. During the conversation, "You me" stated that he had sex with a nine year old girl the same day. He forwarded to Palchak a photograph of a young girl whom he stated was the nine year old child with whom he engaged in sex.

9. On February 6, 2007 Palchak was in the District of Columbia, and using the screen name "James". Palchak observed that "You me" who was on his "buddy list" was on-line. Palchak contacted "You me", with the display e-mail address of hngcock2000@Yahoo.com. They engaged in conversation on the Internet for approximately one hour. During the conversation, "You me" forwarded via the Internet an image of an adult woman holding a small child who appeared to be approximately three years old. "You me" stated that he had engaged in sexual intercourse with the child while babysitting her.

10. During the on-line conversation, "You me" sent to Palchak via the Internet seven still images and three videos in which prepubescent females and infants were depicted engaging in sex acts and posing in a suggestive manner so as to expose their genitalia. At one point in the conversation, "You me" asked Palchak whether he wanted a picture to masturbate to and forwarded to Palchak several images that depicted infants and a young girl approximately five years old with penises in their mouths. "You me" asked that Palchak send to him in return videos that Palchak stated that he had made of a ten year old girl engaging in sex acts.

11. Account information obtained from the Internet service provider Cox Communications indicates that the customer using the e-mail address hngcock200@Yahoo.com is DAVID MAISENHELDER with a mailing address of 5001 Belton Road, Chesapeake, Virginia 23325-

3607, telephone number (757)545-4480. Further investigation has determined that MAISENHELDER is on active duty with the United States Navy, that he is unmarried and has no dependents. Military records list his current address as 5001 Belton Road, Chesapeake, Virginia. MAISENHELDER further informed military personnel that he lived alone. That address for MAISENHELDER is further confirmed by current Virginia Department of Motor Vehicle records and by telephone company records which list the telephone number (757)545-4480 as being assigned to DAVID MAISENHELDER, 5001 Belton Road, Chesapeake, Virginia.

12. A review of Federal Bureau of Investigation (FBI) records indicates that DAVID MAISENHELDER was identified as a member of an online group of individuals who participated in a Yahoo! group known as "Earlystarters@Yahoogroups.com. The FBI determined that the online group was created specifically for the purpose of facilitating sexual contact between adults and children and those persons who participated in the group indicated either that they were sexually active with children or that they were seeking children for the purpose of engaging in sex. The group was identified in May 2003, and shut down in August 2004. During its existence its name was changed several times by the moderator. DAVID MAISENHELDER, using the screen name Swing_Dave@yahoo.com participated in the groups named "PTCruzers" (Pre-teen cruisers) and Cliffsprivatenetwork.

13. On February 8, 2007, detectives from MPD and Agents from NCIS went to Chesapeake, Virginia to execute a search warrant at MAISENHELDER's home at 5001 Belton Road. Before executing the warrant, Detective Palchak spoke to the defendant after advising him of his Miranda rights. After waiving his rights, defendant admitted that he was the one chatting with Detective Palchak on February 6, 2007. He also stated that they would find at least 100 images of children engaging in sexually explicit conduct.

## DEFINITIONS/TERMS

14. Internet Protocol address or IP address refers to a unique number used by a computer to access the Internet. IP addresses can be dynamic, meaning that the Internet Service Provider (ISP) assigns a different unique number to a computer every time it accesses the Internet. IP addresses might also be static, if an ISP assigns a user's computer a particular IP address which is used each time the computer accesses the Internet.

15. Yahoo is a commercial computer service, also known as a commercial bulletin board, offering subscribers the ability to communicate online with other individuals through chat rooms, e-mail and/or instant messaging.

A.  A chat room is an electronic meeting room provided by AOL, Yahoo and other similar services, which allows Internet users to have group conversations. For example, within the Yahoo network there are two categories of chat rooms, they are Yahoo created chat rooms and Yahoo member-created chat rooms. Within these two categories exist various general topic areas and within these topic areas exist the various chat rooms.

B.  E-mail is a popular form of transmitting messages and/or files in an electronic environment between computer users. When an individual computer user sends e-mail, it is initiated at the user's computer, transmitted to the recipient's mail server and then transmitted to its final destination. A server is a computer that is attached to a dedicated network and serves many users. An e-mail server allows users to post and read messages and to communicate via electronic means, as well as attaching and sending various types of files including graphic files.

C.  "Instant messaging" (IM) is real-time typewritten conversation between individuals, much like an oral conversation, and is used to conduct one-on-one conversations.

16. To communicate using Yahoo, each subscriber must have access to a computer which communicates through a modem connected to telephone or cable lines with the central computer system located in California. Each subscriber can communicate with other Yahoo users via e-mail or in real time through chat rooms, private chat rooms, or instant messages when the other subscriber is also online. Within the system, text messages and graphic images (such as photographs) can be sent to a subscriber, or to any person with an Internet e-mail address. Both text and graphics files can be saved to the computer's hard drive or other electronic media for access and printing at any time.

17. Another feature offered to AOL subscribers is a "buddy list." Through this feature a Yahoo subscriber can maintain a list of individual Yahoo screen names that they may wish to have contact with. This feature allows an individual to determine when their "buddies" are online.

18. Every computer connected to the Internet must have a unique address known as an IP (Internet Protocol) address. The IP address is a numeric address written as a set of four numbers separated by dots, for example 130.102.42.17. The address provides a unique identification of a computer and the