**FILED**

FEB 2 1 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL CASE NO.: 07-36 (CKK) |
| | : | |
| | : | MAGISTRATE NO.: 07-0033M-01 |
| | : | |
| v. | : | VIOLATION: 18 U.S.C. § 2252(a)(1) |
| | : | (Transportation of Visual Depictions of |
| DAVID MAISENHENHELDER | : | Minors Engaging in Sexually Explicit |
| | : | Conduct) |
| Defendant. | : | UNDER SEAL |

## GOVERNMENT'S MOTION TO UNSEAL THE RECORD IN THIS MATTER

The United States of American, by and through it's attorney, the United States Attorney for the District of Columbia, respectfully requests that the Court unseal the record in this matter. As reasons therefor, the government states the following:

On February 13, 2007, a U.S. District Court Grand Jury returned a one count indictment charging the defendant with Transportation of Visual Depictions of Minors Engaging in Sexually Explicit Conduct, in violation of 18 U.S.C. § 2252(a)(1). Following the return of the indictment, the Clerk's Office, on its' own sealed this matter. The government sees no reason that this matter should remain sealed. Accordingly, the government requests that this matter be unsealed, including items that have been previously filed.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney
D.C. Bar Number 498610

By: *Debra L. Long-Doyle*
DEBRA L. LONG-DOYLE
Assistant United States Attorney
D.C. Bar Number 362518
Federal Major Crimes Section
555 4th Street, N.W., 4th Floor
Washington, D.C. 20530
(202) 305-0634
Debra.Long-Doyle@USDOJ.Gov

**RECEIVED**

FEB 2 1 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT