UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA, : CRIMINAL CASE NO.: 07-036
: 
: MAGISTRATE NO.: 07-0033M-01
: 
v. : VIOLATION: 18 U.S.C. § 2252(a)(1)
: (Transportation of Visual Depictions of
DAVID MAISENHENHELDER : Minors Engaging in Sexually Explicit
: Conduct)
: 
Defendant. :

**FILED**
FEB 21 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## ORDER

This matter comes before the Court on the Government's Motion to Unseal the record in this case. For the reasons stated therein and for good cause shown it is this 21st day of February, 2007,

**ORDERED** that the government's motion is hereby granted and that the record in this matter shall be unsealed, including all prior filings.

_____
The Honorable Alan Kay
United States Magistrate Judge

Serve: Debra L. Long-Doyle
       Assistant U.S. Attorney
       Federal Major Crimes Section
       555 4th Street, N.W.
       Washington, D.C. 20530