UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

v.

DAVID MAISENHENHELDER

Defendant.

CRIMINAL CASE NO.: 07-036-CKK

VIOLATION: 18 U.S.C. § 2252(a)(1) (Transportation of Visual Depictions of Minors Engaging in Sexually Explicit Conduct)

FILED

FEB 2 3 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**ORDER**

This matter comes before the Court on the Government's Motion to Unseal the record in this case. For the reasons stated therein and for good cause shown it is this 23rd day of February, 2007,

**ORDERED** that the government's motion is hereby granted and that the record in this matter shall be unsealed, including all prior filings.

[signature]
The Honorable ~~Alan Kay~~
United States ~~Magistrate~~ Judge

Serve: Debra L. Long-Doyle
Assistant U.S. Attorney
Federal Major Crimes Section
555-4th Street, N.W.
Washington, D.C. 20530

Defense Attorney

(N)