UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v.   : | Criminal No.  07-036 (CKK) |
| : | |
| **DAVID MAISENHELDER ,**   : | |
| : | |
| **Defendant.**   : | |

**ELEMENTS OF THE OFFENSE**

The United States, by and through its attorney, the United states Attorney for the District of Columbia, hereby submits the following elements of the offense to which the defendant is scheduled to plead guilty on June 4, 2007.

I.  The defendant has agreed to plead guilty to a One-Count Information charging him with Transportation of Visual Depictions of Minors Engaging in Sexually Explicit Conduct, in violation of 18 U.S.C. § 2252(a)(1).  The essential elements of this offense are:

  A.  That on or about February 5, 2007, the defendant distributed Child pornography – that is images of minors engaged in sexually explicit conduct, including the lascivious exhibition of the genitals or the pubic area of a minor;

  B.  That the child pornography depicted actual minors – that is persons under the age of 18 years old – engaged in sexually explicit conduct;

  C.  That the defendant was aware of the sexually explicit nature and character of the materials and that visual depictions were of minors engaged in sexually explicit conduct; and

    D.    That the images had been mailed, shipped or transported in interstate or foreign commerce.

        Respectfully Submitted

        JEFFREY A. TAYLOR
        United States Attorney
        D.C. Bar Number 498610

By:   _____
        DEBRA L. LONG-DOYLE
        D.C. Bar Number 362518
        ANGELA HART-EDWARDS
        PA Bar Number 61468
        Assistant United States Attorneys
        Federal Major Crimes Section
        555 4th Street, N.W., 4th Floor
        Washington, D.C. 20530
        (202) 305-0634
        Debra.Long-Doyle@USDOJ.Gov