UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| Plaintiff : | |
| : | |
| vs. : | CRIMINAL NO. 07-036 |
| : | Judge Colleen Kollar-Kotelly |
| : | |
| DAVID MAISENHELDER : | FILED |
| : | |
| Defendant : | JUN - 5 2007 |
| | NANCY MAYER WHITTINGTON, CLERK |
| | U.S. DISTRICT COURT |

## ORDER

The probation office shall file its Presentence Report by no later than <u>AUGUST 17, 2007</u>.

The parties shall file its Memorandum in Aid of sentencing by no later than <u>SEPTEMBER 7, 2007</u> and it is further;

ORDERED that the defendant shall be sentence Courtroom #28A on the Sixth Floor on <u>SEPTEMBER 21, 2007 AT 10:00 A.M.</u>

IT IS SO ORDERED,

Date: June 5, 2007

Colleen Kollar-Kotelly
United States District Judge

cc:  Chambers            Probation
     Files               Debra Long-Doyle and Angela Hart-
                         Edwars, AUSA s
     Pretrial            Tony Miles, AFPD

(N)