UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v.   : | Criminal No. 07-036 (CKK) |
| : | |
| DAVID MAISENHELDER, : | Sentencing Date: 9-21-07 |
| : | |
| **Defendant.**   : | |

## ORDER

_____This matter comes before the Court on the Government's Motion for Leave to Late File by one day its' Memorandum in aid of Sentencing, Time have Expired. For the reasons stated therein and for good cause shown it is this __17th__ day of September, 2007

**ORDERED** that the government's motion is hereby granted.

_____
The Honorable Colleen Kollar-Kotelly
United States District Court Judge