IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | **CRIMINAL NO. 07-36 (CKK)** |
| | : | |
| **DAVID MAISENHELDER** | : | |
| | : | |
| **Defendant.** | : | |

## SUPPLEMENT TO DEFENDANT'S MEMORANDUM IN AID OF SENTENCING

Defendant David Maisenhelder has previously filed a sentencing memorandum for this Court's consideration in relation to his upcoming sentencing. Since Mr. Maisenhelder filed his sentencing memorandum, additional materials which are relevant to his sentencing have been received by undersigned counsel. At this time, Mr. Maisenhelder wishes to supplement his previously filed sentencing memorandum with these additional materials. The additional materials include character letters from Bruce A. Mohrhard and Bruce Woodward as well as copies of several awards Mr. Maisenhelder earned from the United States Navy.

                                                   Respectfully submitted,
                                                   A.J. Kramer
                                                   Federal Public Defender


                                                 _____/s/_____
                                                 Tony W. Miles
                                                 Assistant Federal Public Defenders
                                                 625 Indiana Avenue, N.W.
                                                 Washington, D.C.  20004
                                                 (202) 208-7500



**DEPARTMENT OF THE NAVY**
COMMANDER, AMPHIBIOUS GROUP TWO
UNIT 60001
FPO AE 09501-6007

1650
Ser N1/2011
01 SEP 1993

From: Commander, Amphibious Group TWO
To:   Commanding Officer, Assault Craft Unit FOUR

Subj: TRANSMITTAL OF AWARDS

Ref:  (a) SECNAVINST 1650.1F, Art 224

Encl: (1) NAM ICO GSM1(SW) David W. Maisenhelder, USN
      (2) NAM ICO BM1(SW) Harold W. Rowell, USN

1. Commander, Amphibious Group TWO takes pleasure in forwarding enclosures (1) and (2) for appropriate presentation.

2. It is requested that presentation of these awards be made in accordance with the provisions of reference (a).

3. A copy of the delivery endorsement is not required.

R. F. ROWE
By direction

To whom it may concern:

I am writing as a friend of David Maisenhelder. I have been friends quite a few years with him and have known him to be of the utmost in character. We spent time in the Navy stationed together and have kept in contact after I retired from the Navy.

I have always known Dave to a good man with strong moral fiber. We trained recruits at Great Lakes, Il. together and I had never seen anything but total professionalism from him. One of the most demanding jobs a person can do in the Navy is to train recruits. There are hundreds of sailors that request this duty as it is a prestigious position that can lead to promotions and awards for doing excellent work there. Dave received praise for his accomplishments and this posting carried forward to his next duty station in that he did receive a promotion that this duty certainly assisted in.

Many times Dave would take vacations and I would ask him to include my home in his vacation time. He had spent many vacation days with my wife and I. Plus we had taken a vacation and spent time with him in Virginia at his home when he received his promotion to Chief Petty Officer. I had the honor to attend his pinning ceremony and to assist in pinning on his collar devices. This was very special to me and was a clear indicator of our friendship. In all of this time I had never known Dave to be anything less than a man of good character and a productive member of society.

Since this entire unfortunate incident has taken place Dave has been humbled and disgraced.  He has expressed to me his embarrassment and humiliation. I have spoken with him several times now and have had written communications and he has expressed great remorse in his actions. I feel personally that for whatever reason this happened he is serious in his statements of remorse. I do believe that there are mitigating circumstances behind his behavior and what led to this incident but I do believe that whatever it was that led to all of this; he will receive assistance and guidance to get past this. David, in my presence, has never shown anything less than contrite remorse for this incident and has expressed his hope to get past this and to start rebuilding his life.

Our Justice system must punish this man for his deeds but personally I hope that the courts can find it in their hearts to grant some leniency in his punishment, taking into account his wonderful Navy record and the fact that he is a first time offender. David has spent a large portion of his life dedicated to the defense and safety of our country, doing his utmost best to be one of the members that makeup the point of the spear, that very same point that has been poised at the ready over this country for hundreds of years. His dedication is evident and his professionalism is unquestioned, with this I only can hope that the next major portion of his life will be spent rehabilitating and being a continuing productive member of society, rather than it being spent behind bars.

Thank you

Bruce Woodward

Sep 10 07 09:32p     Gwen Maisenhelder        314-962-1812         p.2

September 10, 2007

To the Honorable Colleen Keller-Kotelly:

I have known David Maisenhelder for about 20 years and have always found him to be polite and very respectful to me. I've had many occasions to observe this same demeanor toward others, especially his family. He is very trustworthy and helpful and if he promises to do something, he can be completely relied upon to follow through.

As his behavior has always been proper and above criticism, I believe David is worthy of all your consideration.

Sincerely,

Bruce A. Mohrhard
6437 Nottingham, 2-W
St. Louis, MO 63109

# Department of the Navy



## Good Conduct Award

DAVID WILLIAM MAISENHELDER
GAS TURBINE SYSTEMS TECHNICIAN (MECHANICAL) FIRST CLASS
UNITED STATES NAVY

*Is issued this certificate in recognition of faithful, zealous and obedient naval service.*

SECOND AWARD

*Awarded for service completed on* 23 September 1995

H.J. McCULLOM, CAPT, USN
*Commanding Officer*
Recruit Training Command, Great Lakes, Illinois

NAVPERS 1650/1 (Rev 6-81) S/N 0106-LF-016-5006

# Department of the Navy



# Good Conduct Award

*Fidelity*     *Obedience*

GAS TURBINE SYSTEMS TECHNICIAN SECOND CLASS

DAVID WILLIAM MAISENHELDER

UNITED STATES NAVY

Is issued this certificate in recognition of faithful, zealous and obedient naval service.

FIRST AWARD

Awarded for service completed on 23 September 1991.

J. M. GREENE, JR.
Commanding Officer
ASSAULT CRAFT UNIT 4

NAVPERS 1650/1 (Rev 6-81) S/N 0106-LF-016-5006

# DEPARTMENT OF THE NAVY

THIS IS TO CERTIFY THAT
THE SECRETARY OF THE NAVY HAS AWARDED THE

## SECOND
## NAVY ACHIEVEMENT MEDAL

TO

GAS TURBINE SYSTEMS TECHNICIAN (MECHANICAL) FIRST CLASS (SURFACE WARFARE) DAVID W. MAISENHELDER, U.S. NAVY

FOR

PROFESSIONAL ACHIEVEMENT FROM MARCH 1990 TO SEPTEMBER 1993



GIVEN THIS 25TH DAY OF AUGUST 19 93

L. F. PICOTTE, RADM, U.S. NAVY
COMMANDER, AMPHIBIOUS GROUP TWO

## Department of the Navy



## Good Conduct Award

*Fidelity     Zeal     Obedience*

**GAS TURBINE SYSTEMS MECHANICAL
TECHNICIAN CHIEF (SURFACE WARFARE)
DAVID W. MAISENHELDER
UNITED STATES NAVY**

*Is issued this certificate in recognition of faithful, zealous and obedient naval service.*

**FIFTH AWARD**

*Awarded for service completed on* 23 SEP 2004

J. T. GRIFFIN, CDR, USN
*Commanding Officer*
**USS GONZALEZ (DDG 66)**

NAVPERS 1650/1 (Rev 6-81) S/N 0106-LF-016-5006

# DEPARTMENT OF THE NAVY

THIS IS TO CERTIFY THAT
THE SECRETARY OF THE NAVY HAS AWARDED THE

## NAVY AND MARINE CORPS ACHIEVEMENT MEDAL

(GOLD STAR IN LIEU OF THIRD AWARD)

TO

GAS TURBINE SYSTEMS TECHNICIAN (MECHANICAL) FIRST CLASS (SURFACE WARFARE) DAVID W. MAISENHELDER, UNITED STATES NAVY

FOR

PROFESSIONAL ACHIEVEMENT IN THE SUPERIOR PERFORMANCE OF HIS DUTIES WHILE SERVING AS RECRUIT DIVISION COMMANDER AND IN-PROCESSING AIRPORT ARRIVAL STAFF MEMBER, RECRUIT TRAINING COMMAND, GREAT LAKES, ILLINOIS FROM OCTOBER 1994 TO SEPTEMBER 1997. PETTY OFFICER MAISENHELDER EXPERTLY TRAINED EIGHT RECRUIT DIVISIONS, SENDING 700 HIGHLY MOTIVATED, TOP QUALITY SAILORS TO FOLLOW-ON TRAINING. TWO DIVISIONS GRADUATED WITH "CNO" HONORS AND FIVE DIVISIONS GRADUATED WITH BATTLE "E" DISTINCTION. AS ONE OF THE FIRST MEMBERS OF THE IN-PROCESSING AIRPORT ARRIVAL STAFF, HE PERSONALLY INDOCTRINATED OVER 14,000 RECRUITS ON BASIC TRAINING EXPECTATIONS AND COPING SKILLS TO EASE THEIR TRANSITION FROM CIVILIAN TO MILITARY LIFE. HIS DEDICATION HAS GAINED HIM RECOGNITION FROM OUTSIDE COMMANDS AND THE MEDIA FOR HIS CONTRIBUTIONS AND PROFESSIONAL DEMEANOR. PETTY OFFICER MAISENHELDER'S EXCEPTIONAL PROFESSIONALISM, INITIATIVE, AND LOYAL DEVOTION TO DUTY REFLECTED CREDIT UPON HIMSELF AND WERE IN KEEPING WITH THE HIGHEST TRADITIONS OF THE UNITED STATES NAVAL SERVICE.

GIVEN THIS 10TH DAY OF OCT 19 97



FOR THE SECRETARY OF THE NAVY
KEVIN P. GREEN
Rear Admiral, U.S. Navy
Commander, Naval Training Center
Great Lakes, IL 69088

NAVSO 6950.12-1 (95)
S/N 0104-LF-019-2900

# DEPARTMENT OF THE NAVY

### THIS IS TO CERTIFY THAT
### THE SECRETARY OF THE NAVY HAS AWARDED THE

## NAVY AND MARINE CORPS ACHIEVEMENT MEDAL

(Gold Star in lieu of Fourth Award)

### TO

GAS TURBINE SYSTEMS (MECHANICAL) FIRST CLASS (SURFACE WARFARE) DAVID W. MAISENHELDER
UNITED STATES NAVY

### FOR

PROFESSIONAL ACHIEVEMENT IN THE SUPERIOR PERFORMANCE OF HIS DUTIES AS EM01 LEADING PETTY OFFICER IN USS SAN JACINTO (CG 56) FROM 15 FEBRUARY 1999 TO 29 APRIL 1999. HIS PERSONAL SUPERVISION RESULTED IN A SUCCESSFUL LIGHT-OFF ASSESSMENT THAT RESULTED IN ZERO MATERIAL DISCREPANCIES AND 100 PERCENT SATISFACTORY EQUIPMENT COLD CHECKS. AS LEADING PETTY OFFICER OF EM01, PETTY OFFICER MAISENHELDER PERSONALLY SUPERVISED SEVERAL KEY REPAIRS TO THE ENGINEERING PLANT SUCH AS THE ENGINE START AIR VALVE, MASKER AIR CHECK VALVES, AND MOTOR AIR REGULATION VALVE. PETTY OFFICER MAISENHELDER ALSO STOOD WATCH AS PROPULSION AND AUXILIARY CONTROL CONSOLE OPERATOR DURING ENGINEERING CERTIFICATION. PETTY OFFICER MAISENHELDER'S EXCEPTIONAL PROFESSIONALISM AND LOYAL DEVOTION TO DUTY REFLECTED CREDIT UPON HIMSELF AND WERE IN KEEPING WITH THE HIGHEST TRADITION OF THE UNITED STATES NAVAL SERVICE.

GIVEN THIS 6TH DAY OF MAY 19 99

FOR THE SECRETARY OF THE NAVY

P. E. STANTON
CAPTAIN, UNITED STATES NAVY
COMMANDING OFFICER, USS SAN JACINTO



NAVSO 1650/12 (1-95)
S/N 0104-LF-019-2900



# DEPARTMENT OF THE NAVY

### THIS IS TO CERTIFY THAT
### THE SECRETARY OF THE NAVY HAS AWARDED THE

# NAVY AND MARINE CORPS ACHIEVEMENT MEDAL

(GOLD STAR IN LIEU OF THE FIFTH AWARD)

TO

### CHIEF GAS TURBINE SYSTEMS TECHNICIAN (MECHANICAL) (SW) DAVID MAISENHELDER
### UNITED STATES NAVY
### FOR

PROFESSIONAL ACHIEVEMENT IN THE SUPERIOR PERFORMANCE OF HIS DUTIES AS 3M ASSESSOR, AFLOAT TRAINING GROUP, ATLANTIC FROM FEBRUARY 2002 THROUGH JANUARY 2005. CHIEF MAISENHELDER CONSISTENTLY PERFORMED HIS DEMANDING DUTIES IN AN EXEMPLARY AND HIGHLY PROFESSIONAL MANNER. DISPLAYING SUPERB LEADERSHIP AND PROFESSIONAL KNOWLEDGE, HE SIGNIFICANTLY CONTRIBUTED TO THE SUCCESSFUL COMPLETION OF 92 3M BASELINE ASSESSMENTS AND CERTIFICATIONS, ENSURING THE HIGHEST LEVEL OF MAINTENANCE AND MATERIAL MANAGEMENT OF COMNAVSURFLANT FORCES. HIS SUPERIOR TECHNICAL EXPERTISE AND PROVEN ABILITY TO TRAIN RESULTED IN A 37 PERCENT INCREASE IN 3M PERFORMANCE SCORES. CHIEF MAISENHELDER'S EXCEPTIONAL PROFESSIONALISM AND SELFLESS DEVOTION TO DUTY REFLECTED CREDIT UPON HIM AND WERE IN KEEPING WITH THE HIGHEST TRADITIONS OF THE UNITED STATES NAVAL SERVICE.

GIVEN THIS 16th DAY OF December 2004

_SECRETARY OF THE NAVY_

W. D. VALENTINE, JR.
Captain, U.S. Navy,
Commander, Afloat Training Group,
Atlantic

NAVSO 1650.12 (REV 7/99)
S/N 0104-LF-982-3000



# DEPARTMENT OF THE NAVY

THIS IS TO CERTIFY THAT
THE SECRETARY OF THE NAVY HAS AWARDED THE

## NAVY ACHIEVEMENT MEDAL

TO

GAS TURBINE SYSTEMS TECHNICIAN (MECHANICAL) SECOND CLASS DAVID WILLIAM MAISENHELDER

FOR

PROFESSIONAL ACHIEVEMENT FROM SEPTEMBER 1988 THROUGH JANUARY 1990

GIVEN THIS 16th DAY OF FEB 19 90

J. F. SMITH, JR.
Rear Admiral, United States Navy
Commander, Cruiser-Destroyer Group FIVE

# DEPARTMENT OF THE NAVY

THIS IS TO CERTIFY THAT
THE SECRETARY OF THE NAVY HAS AWARDED THE

## NAVY ACHIEVEMENT MEDAL

TO

GAS TURBINE SYSTEMS TECHNICIAN (MECHANICAL) SECOND CLASS DAVID WILLIAM MAISENHELDER

FOR

PROFESSIONAL ACHIEVEMENT FROM SEPTEMBER 1988 THROUGH JANUARY 1990

GIVEN THIS 16th DAY OF FEB 19 90

J. F. SMITH, JR.
Rear Admiral, United States Navy
Commander, Cruiser-Destroyer Group FIVE

