**HONORABLE COLLEEN KOLLAR-KOTELLY, UNITED STATES DISTRICT JUDGE**

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

# FILED

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **Docket No.: 1:07cr00036-001** |
| | : | |
| **vs.** | : | **SSN:** _____ |
| | : | |
| **MAISENHELDER, David** | : | **Disclosure Date: August 20, 2007** |

SEP 2 1 2007

NANCY MAYER WHITTINGTON, CLERK
U.S DISTRICT COURT

### RECEIPT AND ACKNOWLEDGMENT OF
### PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case.  The undersigned further acknowledges that:

#### For the Government
(CHECK APPROPRIATE BOX)
(　)　There are no material/factual inaccuracies therein.
(　)　There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____                 _____
Prosecuting Attorney                                                Date

#### For the Defendant
(CHECK APPROPRIATE BOX)
(　)　There are no material/factual inaccuracies therein.
(✓)　There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_____  5 Sep 07                    _____ 9/4/07
Defendant           Date                          Defense Counsel    Date

### NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32(f)(2), those executing this form shall first submit any material inaccuracies or disputes in writing by **September 3, 2007**, to U.S. Probation Officer **Michael Penders**, telephone number **(202) 565-1379**, fax number **(202) 273-0242**.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

**FOR THE COURT**

**By:**   Gennine A. Hagar, Chief
           United States Probation Officer

**Receipt and Acknowledgment**                                          **Page 2**

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

**Signed by:**    _____
                  **(Defendant/Defense Attorney/AUSA)**

**Date:**         _____

**FEDERAL PUBLIC DEFENDER**
DISTRICT OF COLUMBIA
SUITE 550
625 INDIANA AVENUE, N.W.
WASHINGTON, DC 20004

**A. J. KRAMER**
*Federal Public Defender*

Telephone (202) 208-7500
FAX (202) 208-7515

September 4, 2007

**BY HAND DELIVERY AND BY FAX (202) 273-0193**

Mr. Michael Penders
United States Probation Officer
3rd & Constitution Ave., N.W.
Washington, D.C. 20001

Re: <u>United States v. David Maisenhelder</u> [Cr. No. 07-36 (CKK)]

Mr. Penders:

On behalf of the defense, I am submitting Mr. Maisenhelder's objections to the Presentence Report (PSR) in this case. Mr. Maisenhelder's objections are as follows:

-On page 11, ¶ 62, the report should clarify that in U.S.S.G. § 5D1.2(b) (rather than § 5D1.2(c)) the sentencing guidelines specifically states that the maximum term of supervised release recommendation is merely a "Policy Statement."

-On page 15, ¶ 76, a departure may not be warranted due to the number of images in this case because all of the images recovered from Mr. Maisenhelder did not contain child pornography. Defense counsel and the law enforcement officer handling this case worked together to confirm 600 images for sentencing guidelines purposes.[1]

Thank you for your assistance.

Sincerely,

Tony W. Miles
Asst. Federal Public Defender

cc: AUSA Angela Hart-Edwards

---

[1] Several videos were included in this 600 images figure and, under the guidelines, each video image is counted as 75 images. U.S.S.G. § 2G2.2, Application Note 4(B)(ii).

**FEDERAL PUBLIC DEFENDER**
DISTRICT OF COLUMBIA
SUITE 550
625 INDIANA AVENUE, N.W.
WASHINGTON, DC 20004

**A. J. KRAMER**
*Federal Public Defender*

Telephone (202) 208-7500
FAX (202) 208-7515

September 5, 2007

**BY HAND DELIVERY AND BY FAX (202) 273-0193**

Mr. Michael Penders
United States Probation Officer
3rd & Constitution Ave., N.W.
Washington, D.C. 20001

Re: <u>United States v. David Maisenhelder</u> [Cr. No. 07-36 (CKK)]

Mr. Penders:

    I am forwarding to you an additional objection Mr. Maisenhelder has with regard to the Presentence Report (PSR) in this case.

    -On page 10, ¶ 51, undersigned counsel understands that Chesapeake, Virginia home actually sold for $110,000 and that Mr. Maisenhelder (or his family) ended up with $30,000 after all transactions were completed.

Thank you for your assistance.

Sincerely,

Tony W. Miles
Asst. Federal Public Defender

cc: AUSA Angela Hart-Edwards